**Order entered May 9, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00855-CR

### AARON RAYSHAN WELLS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F19-75986-K**

## ORDER

Before the Court are appellant's May 3, 2022 motions to (1) supplement the clerk's record and (2) extend the time to file his brief. We **GRANT** the motions. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record with all of the pass slips in trial court cause number F19-75986-K.

We **GRANT** appellant's third motion for an extension of time to file his brief and **ORDER** appellant's brief due by May 31, 2022.

/s/     ERIN A. NOWELL
        JUSTICE